# Exhibit A



**Kristen Pierson <kristenpierson@gmail.com>**

## DMCA- Notice of Copyright Infringement

**K P** <info@kristenpierson.com>  
To: copyright@twitter.com

Tue, Mar 4, 2014 at 2:16 PM

DMCA- Notice of Copyright Infringement

The image that is copyright infringed is the photo of guitarist Herman Li of Dragonforce:

profile: https://twitter.com/mahumahuko2  
image: https://pbs.twimg.com/profile_images/434226805587726336/aet8xAcC.jpeg

The photo appears on my web site at this address:

http://kristenpierson.photoshelter.com/image/I0000w6qp7vT1SrQ

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law. I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please remove infringing content immediately.

Signed,

Kristen Pierson  
Kristen Pierson Photography  
716 Centre of New England Blvd  
Coventry, RI 02816  
401-484-1606